NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CREATIVE COMPOUNDS, LLC,**
*Plaintiff-Appellant,*

v.

**STARMARK LABORATORIES,**
*Defendant-Appellee.*

---

2010-1445

---

Appeal from the United States District Court for the Southern District of Florida in case no. 07-CV-22814, Judge Alan S. Gold.

---

## ON MOTION

---

## ORDER

Starmark Laboratories moves for an extension of time, until October 8, 2010, to file its brief. Creative Compounds, LLC opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 0 7 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Matthew A. Rosenberg, Esq.
     Frederick A. Tecce, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 7 2010

JAN HORBALY
CLERK